UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 13-5326 DSF (JEMx) | Date | 8/12/13 |
| Title | Sarinea Meserkhani, et al. v. Allstate Insurance Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

   This case was removed from state court based on diversity jurisdiction.  Defendant has not established by a preponderance of the evidence that the amount in controversy exceeds $75,000.  The only discussion of the amount in controversy involves the amount of Plaintiffs' damages sustained in a series of car accidents and previously awarded by an arbitrator in an arbitration between the parties.  However, the claims in this case are not for those damages.  Those damages have already been awarded by the arbitrator and this is not an action to affirm or vacate the arbitrator's decision.  The claims in this case are for damages stemming from Defendant's failure to comply with its contractual duty to pay the underlying damages in a good faith manner and a related negligence claim.  There is nothing in the complaint or notice of removal that suggests the amount in controversy for these claims exceeds the jurisdictional minimum.

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.